UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Plaintiff

| | |
|---|---|
| Marco Morales, on behalf of himself and all other persons similarly situated, | |
| Plaintiff, | DOCKET NO. 22-cv-512 (PKC)(RML) |
| - vs. – | |
| The Bund Inc., David Kong, and Jim Nguyen, | **NOTICE OF MOTION** |
| Defendants. | |

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law and supporting Declaration of David Stein Esq,, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, plaintiff Marco Morales, will move this Court to bring the attached Motion to enforce a settlement on for hearing at such time and date as the Court may determine.

Dated: February 15, 2023

Respectfully submitted,

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant