

STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

September 27, 2023

**VIA ECF**

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Marco Morales et al. v. The Bund Inc., et al.**
              *Case No. 22-cv-512 (PKC)(RML)*

Dear Magistrate Judge Levy:

    We represent plaintiff Marco Morales in the above-referenced case. As the Court may recall, back in February we filed a motion to enforce a settlement agreement reached by the parties in this matter. After months of informal attempts to resolve this matter, on September 1, 2023 Your Honor issued an order requiring defendants to file opposition to plaintiff's motion by September 11, 2023.

    It is now September 27, 2023, and no opposition has been filed. While we are mindful of defendants' *pro se* status,[1] we do not believe that defendants should be given unlimited time, either; plaintiff is entitled to have his case resolved.[2] We therefore respectfully request that the Court deem plaintiff's motion to be unopposed.

    We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

                                     Respectfully submitted,

                                     David Stein

cc:    The Bund Inc. (via email to David Kong)
        David Kong (via email)
        Jim Nguyen (via email to David Kong)

---

[1] Of course, the corporate defendant cannot appear *pro se* and therefore cannot oppose plaintiff's motion.

[2] Please recall that this was the second such scheduling order issued by the Court; on June 21, 2023, Your Honor set defendants' original deadline to oppose the motion for July 7, 2023.