UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARCO MORALES,

                Plaintiff,

    v.

THE BUND INC., DAVID KONG, and JIM NGUYEN,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

22 CV 512 (PKC)(RML)

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on November 20, 2023, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated October 16, 2023, granting plaintiff's motion to enforce the 11/18/2022 settlement agreement; it is

        ORDERED and ADJUDGED that plaintiff's motion to enforce that 11/18/2022 settlement agreement is granted.

Dated: Brooklyn, New York
       November 28, 2023

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk